# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **KEVIN D. MCHENRY** | **CIVIL ACTION NO. 3:18-00131** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **STATE OF LOUISIANA, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Kevin D. McHenry's claims of withholding evidence, lying in an arrest report, and false arrest against Defendants Colby Ainsworth and Kirk Robertson are **DISMISSED WITH PREJUDICE** as frivolous until the *Heck* conditions are met.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's remaining claims are **DISMISSED WITH PREJUDICE** as frivolous, for failure to state claims on which relief can be granted, and for seeking monetary relief against defendants immune from such relief.

MONROE, LOUISIANA, this 10th day of July, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**